# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 12-35885-JSB |
| | § | |
| PIOTR WLODARCZYK | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 08/27/2013, in Courtroom 615, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  08/02/2013          By: /s/ David P. Leibowitz
                                      (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-35885-JSB |
| | § | |
| PIOTR WLODARCZYK | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* — $5,000.00
*and approved disbursements of* — $30.36
*leaving a balance on hand of[1]:* — $4,969.64

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:   $0.00
Remaining balance:   $4,969.64

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,250.00 | $0.00 | $1,250.00 |
| David P. Leibowitz, Trustee Expenses | $3.82 | $0.00 | $3.82 |
| Lakelaw, Attorney for Trustee Fees | $1,090.00 | $0.00 | $1,090.00 |
| Lakelaw, Attorney for Trustee Expenses | $12.42 | $0.00 | $12.42 |

Total to be paid for chapter 7 administrative expenses:   $2,356.24
Remaining balance:   $2,613.40

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:   $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Remaining balance: $2,613.40

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,781.44 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Department of the Treasury | $2,781.44 | $0.00 | $2,613.40 |

Total to be paid to priority claims: $2,613.40
Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $71,905.32 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1a | Department of the Treasury | $370.55 | $0.00 | $0.00 |
| 2 | PYOD, LLC its successors and assigns as assignee | $11,307.46 | $0.00 | $0.00 |
| 3 | Capital One Bank (USA), N.A. | $33,716.80 | $0.00 | $0.00 |
| 4 | Sallie Mae | $8,643.11 | $0.00 | $0.00 |
| 5 | American InfoSource LP as agent for DIRECTV, LLC | $198.52 | $0.00 | $0.00 |
| 6 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. | $17,668.88 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $0.00
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general

UST Form 101-7-NFR (10/1/2010)

(unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
              Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:   Case No. 12-35885-JSB
Piotr Wlodarczyk   Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1   User: lhuley   Page 1 of 2   Date Rcvd: Aug 05, 2013
                      Form ID: pdf006   Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 07, 2013.
```
db          +Piotr Wlodarczyk,    605 Limerick Ln, Apt 1 B,    Schaumburg, IL 60193-3245
20059276    +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
              El Segundo, CA 90245-3504
19421428    +BANK OF AMERICA, N.A.,    201 N TRYON ST,    CHARLOTTE, NC 28202-1331
19421429    +BMO HARRIS BANK,    PO BOX 94034,    PALATINE, IL 60094-4034
19586407    +Beata Danek, MD,    5545 N Milwaukee Avenue,    Chicago, IL 60630-1226
19421430    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: CAP ONE,    PO BOX 85520,    RICHMOND, VA 23285)
19421431    +CBE GROUP,    1309 TECHNOLOGY PKWY,    CEDAR FALLS, IA 50613-6976
19421432    +CHASE,    PO BOX 15298,    WILMINGTON, DE 19850-5298
19421433    +CITI,    PO BOX 6241,    SIOUX FALLS, SD 57117-6241
19849962     Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
19586408    +Chase Bank,    PO BOX 659732,    San Antonio TX 78265-9732
19586410    ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
             (address filed with court: DirecTV,    PO BOX 78626,    Phoenix, AZ 85062)
19586411    +Harris Bank,    PO BOX 755,    Chicago, IL 60690-0755
19421434    +ONEWEST BANK,    6900 BEATRICE DR,    KALAMAZOO, MI 49009-9559
19421436    +SONNENSCHEIN FNL SVCS,    2 TRANSAM PLAZA DR STE 3,    OAKBROOK TERRACE, IL 60181-4823
20095612     eCAST Settlement Corporation, assignee,     of Chase Bank USA, N.A.,    POB 29262,
              New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19586409    +E-mail/Text: legalcollections@comed.com Aug 06 2013 02:08:37     Com Ed,    PO BOX 6111,
              Carol Stream, IL 60197-6111
19746725     E-mail/Text: cio.bncmail@irs.gov Aug 06 2013 01:58:28
              Department of Treasury  Internal Revenue Service,     P O Box 7346,    Philadelphia, PA  19101-7346
19586412     E-mail/Text: cio.bncmail@irs.gov Aug 06 2013 01:58:28     Department of the Treasury,
              Internal Revenue Service,    PO Box 7346,    Philadelphia PA 19101-7346
19769932    +E-mail/Text: resurgentbknotifications@resurgent.com Aug 06 2013 02:02:41
              PYOD, LLC its successors and assigns as assignee,     of Citibank, N.A.,
              Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
19421435    +E-mail/PDF: pa_dc_claims@salliemae.com Aug 06 2013 02:24:17     SALLIE MAE,    PO BOX 9500,
              WILKES BARRE, PA 18773-9500
19901577    +E-mail/PDF: pa_dc_claims@salliemae.com Aug 06 2013 02:22:48     Sallie Mae,    c/o Sallie Mae Inc.,
              220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
                                                                                              TOTAL: 6

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 07, 2013**          **Signature:** _Joseph Speetjens_

```
District/off: 0752-1           User: lhuley              Page 2 of 2                  Date Rcvd: Aug 05, 2013
                               Form ID: pdf006           Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2013 at the address(es) listed below:
          David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          Jyothi R Martin    on behalf of Creditor    ONEWEST BANK, FSB jramana@atty-pierce.com
          M. Eryk  Nowicki    on behalf of Debtor Piotr  Wlodarczyk menowicki@menolaw.com,
           jzelazna@menolaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                  TOTAL: 5