**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-35885-JSB |
| | § | |
| PIOTR WLODARCZYK | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $315,525.00 | Assets Exempt: | $20,364.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $2,613.40 | Claims Discharged Without Payment: | $171,115.53 |
| Total Expenses of Administration: | $2,386.60 | | |

3)   Total gross receipts of $5,000.00  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $5,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $298,436.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $2,386.60 | $2,386.60 | $2,386.60 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $5,077.89 | $2,781.44 | $2,781.44 | $2,613.40 |
| General Unsecured Claims (from **Exhibit 7**) | $169,962.17 | $71,905.32 | $71,905.32 | $0.00 |
| **Total Disbursements** | $473,476.06 | $77,073.36 | $77,073.36 | $5,000.00 |

4). This case was originally filed under chapter 7 on 09/10/2012. The case was pending for 13 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/15/2013          By:   /s/ David P. Leibowitz
                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2004 Infinity G35 | 1129-000 | $5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$5,000.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BANK OF AMERICA, N.A. | 4110-000 | $6,425.00 | NA | $0.00 | $0.00 |
| | ONEWEST BANK | 4110-000 | $292,011.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$298,436.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,250.00 | $1,250.00 | $1,250.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $3.82 | $3.82 | $3.82 |
| Green Bank | 2600-000 | NA | $30.36 | $30.36 | $30.36 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $1,090.00 | $1,090.00 | $1,090.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $12.42 | $12.42 | $12.42 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$2,386.60** | **$2,386.60** | **$2,386.60** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Department of the | 5800-000 | $5,077.89 | $2,781.44 | $2,781.44 | $2,613.40 |

**UST Form 101-7-TDR (10/1/2010)**

| | Treasury | | | | | |
|---|---|---|---|---|---|---|
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $5,077.89 | $2,781.44 | $2,781.44 | $2,613.40 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1a | Department of the Treasury | 7100-000 | NA | $370.55 | $370.55 | $0.00 |
| 2 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $11,027.00 | $11,307.46 | $11,307.46 | $0.00 |
| 3 | Capital One Bank (USA), N.A. | 7100-900 | $33,094.00 | $33,716.80 | $33,716.80 | $0.00 |
| 4 | Sallie Mae | 7100-000 | $9,786.00 | $8,643.11 | $8,643.11 | $0.00 |
| 5 | American InfoSource LP as agent for DIRECTV, LLC | 7100-000 | $199.00 | $198.52 | $198.52 | $0.00 |
| 6 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. | 7100-900 | $16,814.00 | $17,668.88 | $17,668.88 | $0.00 |
| | Beata Danek, MD | 7100-000 | $1,049.00 | NA | NA | $0.00 |
| | BMO HARRIS BANK | 7100-000 | $4,386.00 | NA | NA | $0.00 |
| | CBE GROUP | 7100-000 | $198.00 | NA | NA | $0.00 |
| | Chase Bank | 7100-000 | $87,955.94 | NA | NA | $0.00 |
| | Com Ed | 7100-000 | $286.00 | NA | NA | $0.00 |
| | Harris Bank | 7100-000 | $5,107.23 | NA | NA | $0.00 |
| | SONNENSCHEIN FNL SVCS | 7100-000 | $60.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $169,962.17 | $71,905.32 | $71,905.32 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 12-35885-JSB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | WLODARCZYK, PIOTR | Date Filed (f) or Converted (c): | 09/10/2012 (f) |
| For the Period Ending: | 10/15/2013 | §341(a) Meeting Date: | 11/06/2012 |
| | | Claims Bar Date: | 02/27/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  631 Fairway Drive, Glenview, IL Property in foreclosure, held jointly with former spouse | $300,000.00 | $7,989.00 | | $0.00 | FA |
| 2  Cash | $50.00 | $0.00 | | $0.00 | FA |
| 3  Bank of America checking account | $445.00 | $0.00 | | $0.00 | FA |
| 4  Various used household goods and furnishings | $1,500.00 | $0.00 | | $0.00 | FA |
| 5  Books and magazins | $50.00 | $0.00 | | $0.00 | FA |
| 6  Normal clothing | $300.00 | $0.00 | | $0.00 | FA |
| 7  Axa Equitable IRA | $13,044.00 | $0.00 | | $0.00 | FA |
| 8  2002 Acura MDX | $7,500.00 | $6,425.00 | | $0.00 | FA |
| 9  2004 Infinity G35 | $8,000.00 | $5,600.00 | | $5,000.00 | FA |
| 10 Used dental tools and equipment (20-year old) | $5,000.00 | $3,500.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$335,889.00    $23,514.00    $5,000.00    $0.00

**Major Activities affecting case closing:**

| 02/04/2013 | Review Claims and Prepare TFR |
| 02/04/2013 | Funds received - Bar date 5/27/2013 |
| 02/28/2013 | Motion to Employ Granted - Debtor paid $5,000.00 for equity in Vehicle - Must file Motion to Sell Estate's Interest |
| 06/18/2013 | TFR completed for Trustee's review. |

**Initial Projected Date Of Final Report (TFR):**    12/31/2013    /s/ DAVID LEIBOWITZ
**Current Projected Date Of Final Report (TFR):**      DAVID LEIBOWITZ

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-35885-JSB | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | WLODARCZYK, PIOTR | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******8008 | | Checking Acct #: | ******8501 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 9/10/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/15/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/04/2013 | (9) | Peter Wlodarczyk | Payment for Equity in Debtor's Infinity. | 1129-000 | $5,000.00 | | $5,000.00 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $5.98 | $4,994.02 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $8.05 | $4,985.97 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.78 | $4,978.19 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $8.55 | $4,969.64 |
| 08/28/2013 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,250.00 | $3,719.64 |
| 08/28/2013 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $3.82 | $3,715.82 |
| 08/28/2013 | 3003 | Lakelaw | Claim #: ; Amount Claimed: 1,090.00; Amount Allowed: 1,090.00; Distribution Dividend: 100.00; | 3110-000 | | $1,090.00 | $2,625.82 |
| 08/28/2013 | 3004 | Lakelaw | Claim #: ; Amount Claimed: 12.42; Amount Allowed: 12.42; Distribution Dividend: 100.00; | 3120-000 | | $12.42 | $2,613.40 |
| 08/28/2013 | 3005 | Department of the Treasury | Claim #: 1; Amount Claimed: 2,781.44; Amount Allowed: 2,781.44; Distribution Dividend: 93.96; | 5800-000 | | $2,613.40 | $0.00 |
| | | | **TOTALS:** | | $5,000.00 | $5,000.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $5,000.00 | $5,000.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $5,000.00 | $5,000.00 | |

**For the period of  9/10/2012 to 10/15/2013**

| | |
|---|---|
| Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/04/2013 to 10/15/2013**

| | |
|---|---|
| Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

Case 12-35885   Doc 41   Filed 10/21/13   Entered 10/21/13 10:14:41   Desc Main
Document      Page 7 of 7

Page No: 2
FORM 2
Exhibit 9
CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-35885-JSB | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- |
| Case Name: | WLODARCZYK, PIOTR | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******8008 | Checking Acct #: | ******8501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 9/10/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/15/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
| --- | --- | --- | --- |
| | $5,000.00 | $5,000.00 | $0.00 |

**For the period of 9/10/2012 to 10/15/2013**

| | |
| --- | --- |
| Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $5,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 09/10/2012 to 10/15/2013**

| | |
| --- | --- |
| Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $5,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ